| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name** — BOS USHoldco Inc.

**2. Debtor's unique identifier**

For non-individual debtors:
☑ Federal Employer Identification Number (EIN)  4 5 – 2 1 5 8 6 2 0
☐ Other _____. Describe identifier _____.

For individual debtors:
☐ Social Security number: xxx – xx – ____ ____ ____ ____
☐ Individual Taxpayer Identification number (ITIN): 9xx – xx – ____ ____ ____ ____
☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)** — Ernst & Young Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred** — Court of Queen's Bench of Alberta Court Action No. 2001-05949

**5. Nature of the foreign proceeding**

*Check one:*
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   See *Declaration of Foreign Counsel Under Penalty of Perjury* filed contemporaneously herewith
   _____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor   **BOS USHoldco Inc.**          Case number (*if known*)_____
         <sub>Name</sub>

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

c/o Corporation Service Company
<sub>Number        Street</sub>

2711 Centerville Road, Ste 400
<sub>P.O. Box</sub>

Wilmington                     DE     19808
<sub>City            State/Province/Region    ZIP/Postal Code</sub>

USA
<sub>Country</sub>

**Individual debtor's habitual residence:**

_____
<sub>Number        Street</sub>

_____
<sub>P.O. Box</sub>

_____
<sub>City      State/Province/Region   ZIP/Postal Code</sub>

_____
<sub>Country</sub>

**Address of foreign representative(s):**

2200 - 215 2nd Street SW
<sub>Number        Street</sub>

_____
<sub>P.O. Box</sub>

Calgary, Alberta T2P 1M4
<sub>City      State/Province/Region   ZIP/Postal Code</sub>

Canada
<sub>Country</sub>

10. **Debtor's website** (URL)     bos-solutions.com

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ❑ Partnership

  ❑ Other.  Specify: _____

❑ Individual

Debtor  BOS USHoldco Inc.    Case number (if known) _____
        Name

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
US subsidiaries' corporate headquarters are in this district.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_    Peter Chisholm, Ernst & Young Inc.
Signature of foreign representative    Printed name

Executed on  05/04/2020
              MM / DD / YYYY

X _____    _____
Signature of foreign representative    Printed name

Executed on  _____
              MM / DD / YYYY

**14. Signature of attorney**

X  /s/ Charles A. Beckham, Jr    Date  05/04/2020
Signature of Attorney for foreign representative    MM / DD / YYYY

Charles A. Beckham, Jr.
Printed name

Haynes and Boone, LLP
Firm name

1221 Mckinney Suite 2100
Number    Street

Houston    TX    77010
City    State    ZIP Code

(713) 547-2243    charles.beckham@haynesboone.com
Contact phone    Email address

02016600    TX
Bar number    State